UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS<br>V<br>NEW CENTURY LIQUIDATING TRUST and<br>related case In Re LESLIE BARNES MARKS, | IN RE NEW CENTURY LIQUIDATING TRUST<br>ADVERSARY CASE NO: 09-50244 KJC<br>(USBC NDC CASE NO.: 09-46608 ADV. 09-4307)<br>AND<br>USBC DELAWARE CASE NO: 09-52251-KJC |
| ANITA CARR v NEW CENTURY<br>LIQUIDATING TRUST | **NOTICE OF RELATED CASE** |

## PROOF OF SERVICE

I, the undersigned, declare that I reside in the County of New Castle, State of Delaware. I am over the age of eighteen (18) years and not a party to the within cause. My business/home address is Parcels Inc 230 North MARKET Street Wilmington DE 19701

On (date docs were served) 1/19/0, 2010 I served the following Documents:
**Notice of Related Cases**
[ ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at _____, __ addressed as shown below.
[X] BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.
302-425-6464 (Blank Rome, LLP) and 212-478-7400 (Hahn & Hessen, LLP)

**Elizabeth Sloan**
**Blank Rome, LLP**
**1201 Market St. Ste. 800**
**Wilmington, DE 19801**

**Janine Cerbone**
**Hahn & Hessen, LLP**
**488 Madison Avenue**
**New York NY 10022**

I declare under penalty of perjury that the foregoing is true and correct and executed on this 19th day of January, 2010, at 4:19 pm, State of Delaware

Print Name of Server Sean BoyKevich

Signature of Server _____ License # _____

-1-
PROOF OF SERVICE