## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC,**: | | |
| *et al.* | : | Case No. 07-10416 (KJC) |
| Debtors | : | |

| | | |
|---|---|---|
| | : | |
| **ANITA B. CARR,** | : | Adv. Pro. No.09-52251(KJC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC,**: | | |
| *et al.* | : | Re: docket nos. 9 and 15 |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 5th day of April, 2010, it appearing that the following matters are before the court:

(1)  Plaintiff's Motion For Authorization To File Electronically (docket no. 9),

(2)  Plaintiff's request to appear telephonically, waiving the CourtCall fees,

(3)  Plaintiff's request to proceed In Forma Pauperis,

(4)  Plaintiff's request for permission to review the dockets of the New Century TRS Holdings, Inc. bankruptcy case and this adversary proceeding via PACER and to have all PACER fees waived, and

(5)  Plaintiff's request to limit notice of her briefs, motions, pleadings, and other documents filed in this adversary proceeding,

and after a hearing on notice held on January 6 and 20, 2010, and for the reasons stated on the record, it is hereby ORDERED and DECREED that:

1.      The Motion to allow *pro se* Plaintiff to e-file is DENIED;

2.      The Plaintiff's request to appear telephonically is GRANTED, in part, in that the plaintiff is directed to follow the instructions on the Delaware Bankruptcy Court website (www.deb.uscourts.gov) to appear by telephone on ***non-evidentiary*** matters; and

3.      The Application to proceed In Forma Pauperis is GRANTED, so that, beginning January 6, 2010 and continuing thereafter:

    (i)     the Plaintiff is not required to pay any further bankruptcy court fees in relation to this adversary proceeding;

    (ii)    the Plaintiff will not be charged CourtCall fees for appearing telephonically;

    (iii)   the Plaintiff will not be charged PACER fees for reviewing the dockets and associated documents for the main bankruptcy case of New Century TRS Holdings, Inc. or this adversary proceeding;

    (iv)    the Plaintiff's is required to provide limited notice of her briefs, motions, pleadings, and other documents filed in this adversary proceeding to:

Elizabeth A. Sloan, Esquire<br>
David W. Carickhoff, Esquire<br>
Blank Rome LLP<br>
Suite 880<br>
1201 Market Street<br>
Wilmington, DE 19801

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Elizabeth Sloan, Esquire[1]

---

[1]Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.