**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., _et al._, [1] | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 19, 2010 AT 1:00 P.M.**

## I.     CONTINUED MATTERS:

1.     Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.     The Debtors received an informal response from Residential Mortgage Solution LLC.

Related Documents:

i.     Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A)

---

[1]  The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

ii.     Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

<u>Status</u>: The objection is continued to May 19, 2010 at 1:00 p.m. with respect to the claim that has not yet been adjudicated or resolved.  *See* attached Exhibit 1.

2.     Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims [D.I. 4261; filed 12/28/07]

<u>Objection deadline</u>:  January 30, 2008

<u>Objections/Responses Received</u>:

A.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by Michigan Department of Treasury) [D.I. 4358; filed 1/10/08]

B.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by The Commonwealth of Pennsylvania) [D.I. 4362; filed 1/10/08]

C.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

D.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of Washington Department of Revenue) [D.I. 4500; filed 1/17/08]

E.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by New York State Department of Taxation and Finance) [D.I. 4529; filed 1/18/08]

F.     The Debtors received an informal response from City of New York Department of Finance.

G.     The Debtors received an informal response from the State of Rhode Island.

H.     The Debtors received a consolidated informal response received from various taxing authorities (Blanco CAD, *et al.*).

130566.01600/40187749v.1

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claims for Debtors' Eighth
        Omnibus Objection to Claims:   Substantive Objection Pursuant to 11
        U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local
        Rule 3007-1 to Certain Books and Records Claims Re: Docket No. 4261
        [D.I. 4548; filed 1/23/08]

ii.     Withdrawal of Michigan Department of Treasury's Response to the
        Debtors' Eighth Omnibus Objection [D.I. 4796; filed 2/1/08]

iii.    Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules
        3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging
        Certain Books and Records Claims and (B) Reducing and/or Reclassifying
        Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus
        Objection to Claims [D.I. 4845; filed 2/6/08]

iv.     Order (Revised) Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy
        Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and
        Expunging Certain Books and Records Claims and (B) Reducing and/or
        Reclassifying Certain Books and Records Claims Set Forth in Debtors'
        Eighth Omnibus Objection to Claims [D.I. 5340; filed 3/13/08]

v.      Stipulation Between New Century Liquidating Trust and The State of New
        Jersey Division of Taxation Resolving Certain Claims [D.I. 9298; filed
        1/16/09]

vi.     Notice of Limited Withdrawal of Debtors' Eighth Omnibus Objection
        [D.I. 9308; filed 1/21/09]

Status: The objection is continued to May 19, 2010 at 1:00 p.m. with respect to
        the claims that have not yet been adjudicated or resolved.  *See* attached
        Exhibit 1.

3.      Debtors' Fourteenth Omnibus Objection:  Substantive Objection Pursuant to 11
        U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and
        Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims;
        (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified
        Claims [D.I. 5023; filed 2/22/08]

        Objection deadline:  March 18, 2008

        Related Documents:

        i.      Notice of Submission of Copies of Proofs of Claims for Debtors'
                Fourteenth Omnibus Objection to Claims:  Substantive Objection Pursuant
                to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and
                9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims;

(B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5297; filed 3/11/08]

    ii.    Order Scheduling Evidentiary Hearing Regarding Fourteenth Omnibus Objection To Claims - Substantive As It Pertains To the Claims of Rose Townsend Trust And The Law Offices of Timothy G. McFarlin [D.I. 9366; filed 3/6/09]

    iii.    Certification of Counsel Regarding (A) Debtors' Twenty-Second Omnibus Objection to Claims as it Pertains to the Claim of Timothy G. McFarlin (Gary and Ginny McCormack); and (B) Debtors' Fourteenth Omnibus Objection to Claims as it Pertains to the Claim of the Law Offices of Timothy G. McFarlin (Robert and Deborah Massie) [D.I. 9607; filed 4/30/09]

    iv.    Order Disallowing and Expunging Books and Records Claims [D.I. 9667; filed 5/28/09]

    v.    Certification of Counsel Regarding Trial Date Related to the McFarlin Claims [D.I. 10069; filed 4/9/10]

    vi.    Scheduling Order Setting June 2, 2010 as the Trial Date for the McFarlin Claims [D.I. 10071; filed 4/13/10]

Status: A trial has been scheduled for June 2, 2010 at 1:30 p.m., to address the objection as it relates to claim 1607 filed by Timothy McFarlin on behalf of Robert and Deborah Massie.

4.    Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5025; filed 2/22/08]

Objection Deadline: March 18, 2008

Objections/Responses Received:

A.    Internal Revenue Service's Responses to Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5391; filed 3/18/08]

Related Documents: None to date.

Status: The objection is continued to May 19, 2010 at 1:00 p.m.

5.    Debtors' Sixteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del.

Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5260; filed 3/7/08]

Objection deadline:  April 2, 2008

Objections/Responses Received:

A. Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Redwood Mortgage Funding, Inc.) [D.I. 5631; filed 4/2/08]

B. Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by The Hartford and Hartford Fire Insurance Company) [D.I. 5634; filed 4/2/08]

C. Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Natixis Real Estate Capital Inc.) [D.I. 5635; filed 4/2/08]

D. Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Sprint Communications Company L.P.) [D.I. 5735; filed 4/4/08]

E. The Debtors received an informal response from Barclays Bank PLC.

F. The Debtors received an informal response from Sutton Funding LLC.

G. The Debtors received an informal response from The Travelers Indemnity Company and its Affiliates

H. Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Pennsylvania Department of Revenue) [D.I. 5359; filed 3/13/08]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims for Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5523; filed 3/26/08]

ii. Order Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 5821; filed 4/15/08]

iii. Order (Revised) Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1

Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 6306; filed 4/18/08]

iv.     Declaration in Support of Allowance of Liquidated Amounts of Claim and in Further Response to the Debtors Sixteenth Omnibus Objection to the Claims of the Hartford Fire Insurance Company Pursuant to 11 U.S.C. §§ 502(B) and 503, Fed. R. Bankr. P. 3001 and 3007 and Local Rule 3007-1 Filed by Hartford Fire Insurance Company [D.I. 9715; filed 7/9/09]

v.      Order Approving Amended Stipulation Among Natixis Real Estate Capital, Inc., New Century Liquidating Trust and Reorganized New Century Warehouse Corporation Fixing and Allowing Certain Claims of Natixis Real Estate Capital, Inc. [D.I. 9945; filed 11/16/09]

vi.     Order Approving Stipulation By and Among The New Century Liquidating Trust, Union Bank of California, and The Travelers Indemnity Company and Its Affiliates [D.I. 10028; filed 2/1/10]

Status: The Trust expects to submit a stipulation in the short term reserving a refund amount for the Pennsylvania Department of Revenue. The objection as it relates to all other unresolved or unadjudicated claims is continued to May 19, 2010 at 1:00 p.m. *See* attached Exhibit 1.

6.     Debtors' Eighteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5537; filed 3/27/08]

Objection deadline: April 30, 2008

Objections/Responses Received:

A.      Response to Debtors' Eighteenth Omnibus Objection to Claims (filed by Patrick J. Moloney) [D.I. 6425; filed 4/24/08]

B.      Response to Debtors' Eighteenth Omnibus Objection to Claims) filed by Washington Mutual) [D.I. 6593; filed 5/7/08]

Related Documents:

i.      Claim No. 417 filed by Patrick Moloney

ii.     Claim No. 3759 filed by Pierre Augustin

130566.01600/40187749v.1

iii.  Notice of Withdrawal of Debtors' Eighteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Re: Claim No. 3537 of Natixis Real Estate Capital, Inc. [D.I. 6400; filed 4/22/08]

iv.  Scheduling Order Regarding Objections to Claims of Pierre R. Augustin [D.I. 8905; filed 9/5/08]

v.  Order Regarding Discovery In Connection With Objections To Claims of Pierre R. Augustin [D.I. 9176; filed 11/20/08]

vi.  Order Disallowing And Expunging Duplicate Claim Set Forth In The Debtors' Fifteenth Omnibus Objection To Claims And Reclassifying Remaining Claim [D.I. 9323; filed 1/29/09]

vii.  Order Regarding Claim of Pierre R. Augustin And Issuance of Third Party Subpoenas [D.I. 9365; filed 3/6/09]

viii.  Order Disallowing And Expunging Duplicate Claim Set Forth In The Debtors Fifteenth Omnibus Objection To Claims And Reclassifying Remaining Claim [D.I. 9367; filed 3/6/09]

ix.  Order (AMENDED) Reclassifying Claim of Patrick J. Moloney Set Forth In The Debtors Eighteenth Omnibus Objection To Claims [D.I. 9379; filed 3/12/09]

Status: The objection is continued to May 19, 2010 at 1:00 p.m. with respect to the claims that have not yet been adjudicated or resolved. *See* attached Exhibit 1.

7.  Debtors' Twenty-Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 To Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; and (C) Reduced and/or Reclassified Claims [D.I. 8616; filed 7/18/08]

Objection Deadline:  August 13, 2008

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims Regarding Twenty-Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims and (C) Reduced and/or Reclassified Claims [D.I. 8711; filed 8/7/08]

ii.     Order Scheduling Evidentiary Hearing Regarding Twenty-Second Omnibus Objection To Claims - Substantive As It Pertains To The Claims of Timothy G. McFarland (Gary And Ginny McCormack), Jillian Stoffel, Nicole Payne, And Nora Coronado [D.I. 9364; filed 3/5/09]

iii.    Certification of Counsel Regarding (A) Debtors' Twenty-Second Omnibus Objection to Claims as it Pertains to the Claim of Timothy G. McFarlin (Gary and Ginny McCormack); and (B) Debtors' Fourteenth Omnibus Objection to Claims as it Pertains to the Claim of the Law Offices of Timothy G. McFarlin (Robert and Deborah Massie) [D.I. 9607; filed 4/30/09]

iv.     Notice of Limited Withdrawal of Debtors' Twenty-Second Omnibus Objection (Substantive) [D.I. 9665; filed 5/28/09]

v.      Certification of Counsel Regarding Trial Date Related to the McFarlin Claims [D.I. 10069; filed 4/9/10]

vi.     Scheduling Order Setting June 2, 2010 as the Trial Date for the McFarlin Claims [D.I. 10071; filed 4/13/10]

Status: A trial has been scheduled for June 2, 2010 at 1:30 p.m., to address the objection as it relates to claim 1679 filed by Timothy McFarlin. The objection as it relates to any other claims that have not yet been adjudicated or resolved is continued to May 19, 2010 at 1:00 p.m. *See* attached Exhibit 1.

8.      Substantive Objection of New Century Liquidating Trust's Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Carrington Securities, L.P.'s Claims for Forced Liquidating of Certain Loans [D.I. 9346; filed 2/24/09]

Objection deadline: March 19, 2009

Objections/Responses Received:

A.      Response to Substantive Objection by New Century Liquidating Trust to Carrington Securities L.P.S Claims for Forced Liquidation of Certain Loans [Filed by Carrington Securities L.P.] [D.I. 9396; filed 3/19/09]

Related Documents:

i.      Notice of Submission of Proof of Claim [D.I. 9380; filed 3/12/09]

Status: The hearing on this matter will be continued to May 19, 2010 at 1:00 p.m.

9.      Motion of New Century Liquidating Trust Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9355; filed 3/3/09]

Objection deadline: March 16, 2009

Objections/Responses Received:

A.      Objection of Washington Mutual Mortgage Securities Corporation and WM Specialty Mortgage LLC to Motion of New Century Liquidating Trust Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9649; filed 5/20/09]

Related Documents:

i.      Order Granting the New Century Liquidating Trust's Motion Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9479; filed 3/27/09]

ii.     Order Granting the New Century Liquidating Trust's Motion Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9662; filed 5/27/09]

iii.    Order (CORRECTIVE) Granting the New Century Liquidating Trust's Motion Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9663; filed 5/27/09]

iv.     Order Approving Stipulation Between New Century Liquidating Trust, SNGC LLC And Alaska Seaboard Partners Limited Partnership, Resolving The Claims of SNGC LLC And Alaska Seaboard Partners Limited Partnership [D.I. 9675; filed 6/10/09]

v.      Order Approving Stipulation Between New Century Liquidating Trust, Washington Mutual Bank, WM Specialty Mortgage LLC and Washington Mutual Mortgage Securities Corp. Fixing and Allowing Their EPD/Breach Claims [D.I. 9746; filed 7/24/09]

vi.     Order Approving Amended Stipulation Between New Century Liquidating Trust and UBS Real Estate Securities Inc. Fixing and Allowing Its Claims [D.I. 9946; filed 11/16/09]

Status: The motion as it relates to the claims of Deutsche Bank National Trust Company, Morgan Stanley & Co. Incorporated, Morgan Stanley Market Products Inc., and Morgan Stanley Mortgage Capital Holdings LLC fka Morgan Stanley Mortgage Capital Inc. will be continued to the next omnibus hearing on May 19, 2010 at 1:00 p.m. The parties continue to negotiate stipulations and anticipate resolving all matters by settlement.

10.     The New Century Liquidating Trust's (I) Objection to the Administrative Claims of William J. Popejoy Pursuant 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Substantive] and (II) Motion to Estimate the Contingent Portion of the Claim at Zero Pursuant to 11 U.S.C. § 502(c) [D.I. 9393; filed 3/18/09]

Objection deadline: April 24, 2009

Objections/Responses Received:  None to date

Related Documents:  None to date

Status: The hearing on this matter will be continued to the next omnibus hearing on May 19, 2010 at 1:00 p.m.

11.     *The New Century Liquidating Trust and Reorganized New Century Warehouse Corporation v. Robert K. Cole, Brad A. Morrice, Edward F. Gotschall, John Doe, Jane Doe, Marilyn A. Alexander, Harold A. Black, Fredric J. Forster, Donald E. Lange, William J. Popejoy, Michael M. Sachs, Richard A. Zona, David Einhorn, Patrick Flanagan, Kevin M. Cloyd, Patti M. Dodge, Joseph F. Eckroth, Jr., Stergios Theologides, EG Enterprises, Pacific Financial Services, Inc., Zona Financial, LLC., Greenlight Capital, Inc., F&A Forster Family Revocable Trust* (Adv. Pro. No. 09-50882)

Related Documents:

A.     Complaint [Adv. D.I. 1, filed 4/1/09]

B.     Order Granting Manner of Service of Complaint and Extending Deadline to Respond to Complaint [Adv. D.I. 6, filed 5/20/09]

C.     Summons [Adv. D.I. 12, filed 7/8/09]

D.     Order Granting Stipulation Pertaining to Substitution of Party, Acceptance of Service, and Standstill of the Adversary Proceeding [Adv. D.I. 14, filed 7/17/09]

E.     Order Granting Stipulation Between The New Century Liquidating Trust, By And Through Alan M. Jacobs, As Liquidating Trustee And Defendants David Einhorn, Fredric J. Forster, Donald E. Lang, Richard A. Zona, Greenlight Capital, Inc., F&A Forster Family Trust, Pacific Financial Services And Zona Financial Agreeing To Dismiss Certain Defendants From Adversary Proceeding [Adv. D.I. 15, filed 7/17/09]

F.     Notice of Voluntary Dismissal as to Defendants Greenlight Capital, Inc., F&A Forster Family Revocable Trust, Pacific Financial Services, Inc. and Zona Financial, LLC [Adv. D.I. 17, filed 7/21/09]

G.     Order Granting Stipulation Extending Time To Respond to The Complaint [Adv. D.I. 32, filed 12/2/09]

H.     Order Extending Time to Answer Complaint to and Including 3/25/10 and all parties will appear telephonically or in person on 3/24/10 [Adv. D.I. 36, filed 1/28/10]

I.     Order Setting Forth the Terms Outlined by the Court at the Pretrial Conference [Adv. D.I. 47, filed 4/1/10]

Status: A status conference on this action will go forward at the next omnibus hearing on May 19, 2010 at 1:00 p.m.

12.    Motion of New Century Liquidating Trust and Reorganized Access Lending for Entry of Final Decree and related Relief With Respect to Reorganized Access Lending [D.I. 10042; filed 3/1/10]

Objection deadline:  April 15, 2010

Objections/Responses Received:  None to date.

Related Documents:

i.    Final Report in Chapter 11 Cases With Respect to Reorganized Access Lending [D.I. 10043; filed 3/1/10]

Status:  The hearing on this matter will be continued to the next omnibus hearing on May 19, 2010 at 1:00 p.m.

## III.    MATTERS UNDER ADVISEMENT

13.    New Century Liquidating Trust's Objection To The Administrative Claim Of Creditor Cedric Muhammad Pursuant To 11 U.S.C. § 502 (b) And Fed. R. Bankr. P. 3001, 3007 And Local Rule 3007-1 [Substantive] [Filed 9/30/08; Docket No. 9028]

Related Documents:

i.    Order Granting Request of Claimant Cedric Muhammad For Reconsideration of The November 20, 2008 Order Expunging His Claim [D.I. 9322; filed 1/29/09]

ii.    Certification of Counsel Regarding Scheduling Order Regarding Submissions of Findings of Fact and Conclusions of Law Regarding Claimant Cedric Muhammad [D.I. 9578; filed 4/7/09]

iii.    Scheduling Order Regarding Submissions of Findings of Fact and Conclusions of Law From Evidentiary Hearing on Claimant Cedric Muhammad's Motion for Payment of Administrative Expense and the New Century Liquidating Trust's Objection to the Administrative Claims of Creditor Cedric Muhammad Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [D.I. 9583; filed 4/9/09

iv.    Certification of Counsel Regarding Proposed Findings of Fact and Conclusions of Law of the New Century Liquidating Trust Regarding the New Century Liquidating Trust's Objection to Creditor Cedric Muhammad's Administrative Claim [D.I. 9624; filed 5/1/09]

v.    Affidavit-of-Truth Filed by Cedric Muhammad [D.I. 9670; filed 6/1/09]

130566.01600/40187749v.1

Status: Both parties have filed their findings of fact & conclusions of law. Accordingly, this matter is ripe for decision. Under the scheduling order, the court may schedule a status hearing.

14. Motion to Reconsider Order Disallowing and Expunging Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) No Supporting Documentation Claims Set Forth in Debtors' Twenty-First Omnibus Objection to Claims [D.I. 9229; filed 12/10/08]

Objection deadline: January 13, 2009

Objections/Responses Received:

A. Objection of the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation to the Request by Alfonso and Janet Longo to Reconsider the Order Disallowing and Expunging Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; (C) No Supporting Documentation Claims Set Forth in Debtors' Twenty-First Omnibus Objection to Claims [D.I. 9287; filed 1/13/09]

Related Documents:

i. Debtors' Twenty-First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended And Superseded Claims; (B) Late Filed claims; and (C) No Supporting Documentation Claims [D.I. 7017; filed 5/14/08]

ii. Order Disallowing and Expunging Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) No Supporting Documentation Claims Set Forth in Debtors' Twenty-First Omnibus Objection to Claims [D.I. 8553; filed 7/11/08]

iii. Order Granting Request of Alfonso and Janet Longo for Reconsideration of the July 11, 2008 Order Expunging Their Claims and Setting Hearing and Discovery Schedule Regarding the Value of Such Claim [D.I. 9753; filed 7/29/09]

iv. Documentation provided in Support of Their Action Against New Century TRS Holdings, Inc. [Filed by Janet Longo] [D.I. 9891; filed 9/25/09

v. Proof of Claim of Alfonso and Janet Longo

vi. Scheduling Order Regarding Submissions of Findings of Fact and Conclusions of Law Regarding Claimants Alfonso and Janet Longo [D.I. 9982; Filed 12/14/09]

vii. The Trust's Proposed Findings of Fact and Conclusions of Law [D.I. 10023; Filed 1/25/10]

viii. Preliminary Statement Regarding Scheduling Order Regarding Submissions of Findings of Fact and Conclusions of Law Regarding Claimants Alfonso and Janet Longo [D.I. 10049; Filed 3/11/10]

ix. Notice of Completion of Briefing Regarding Alfonso and Janet Longos' Motion to Reconsider Order Disallowing and Expunging Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; (C) No Supporting Documentation Claims Set Forth in Debtors' Twenty-First Omnibus Objection to Claims [D.I. 10066; Filed 4/7/10]

Status: A Notice of Completion of Briefing has been filed. Accordingly, this matter is ripe for decision.

15. *Leslie Marks v. New Century TRS Holdings, Inc., et al.* (Adv. Pro. No. 09-50244): Motion of New Century Liquidating Trust to Dismiss Adversary Proceeding Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Adv. D.I. 7; filed 4/17/09]

Related Documents:

A. Memorandum of Law in Support of The New Century Liquidating Trust's Motion to dismiss Adversary Proceeding Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Adv. D.I. 8; filed 4/17/09]

B. Memorandum of Law In Support of Plaintiff's Opposition to The New Century Liquidating Trust's Motion to Dismiss and Request for Sanctions [Adv. D.I. 9; filed 4/28/09]

C. Reply Memorandum of law in response to Plaintiff's opposition to the New Century Liquidating Trust's Motion to Dismiss [Adv. D.I. 13; filed 5/21/09]

D. Order Suspending Proceedings Pending Adjudication of The Motion To Dismiss [Adv. D.I. 19; filed 6/10/09]

E. Order Denying Motion To Allow Pro Se Plaintiff to E-File, Granting In Part Motion To Allow Pro Se Plaintiff To Appear Telephonically [Adv. D.I. 21; filed 6/11/09]

Status: The Court has ordered that all proceedings shall be suspended pending adjudication of the Motion of the New Century Liquidating Trust to Dismiss [Adv. D.I. 7; filed 4/17/09].

16. *Anita B. Carr v. New Century TRS Holdings, Inc.* (Adv. Pro. No. 09-52251): Motion to Dismiss Adversary Proceeding to FRCP 12(b)(6) [Adv. D.I. 2, filed 11/10/09]

130566.01600/40187749v.1

Related Documents:

A.      Memorandum of Law in Support of the New Century Liquidating Trust's Motion to Dismiss Adversary Proceeding Complaint Pursuant to FRCP 12(b)(6) [Adv. D.I. 3, filed 11/10/09]

B.      Declaration in Support of the Motion of New Century Liquidating Trust to Dismiss Adversary Proceeding Complaint Pursuant to FRCP 12(b)(6) [Adv. D.I. 4, filed 11/10/09]

C.      Plaintiff's Objection to Defendant's Motion to Dismiss [Adv. D.I. 7, filed 11/20/09]

D.      Plaintiff's Request for Judicial Notice in Support of the Objection to the Motion to Dismiss of Defendants [Adv. D.I. 8, filed 11/23/09]

E.      Plaintiff's Motion to Allow Authorization to File Electronically [Adv. D.I. 9, filed 11/24/09]

F.      Defendant's Reply Memorandum of Law in Response to Plaintiff's Opposition to the New Century Liquidating Trust's Motion to Dismiss [Adv. D.I. 11, filed 11/24/09]

G.      Plaintiff's Reply to Defendant's Defective Reply Memorandum [Adv. D.I. 12, filed 12/2/09]

H.      Plaintiff's Application to Court for Hearing on AP Motions [Adv. D.I. 13, filed 12/4/09]

I.      Plaintiff's Objection to Defendant's Reply Memorandum [Adv. D.I. 14, filed 12/8/09]

J.      Plaintiff's Notice of Motion Re: Adv. D.I. 2 [Adv. D.I. 16, filed 12/15/09]

K.      Plaintiff's Notice of Motion Re: Adv. D.I. 15 [Adv. D.I. 18, filed 12/16/09]

L.      Notice of Completion of Briefing Re: Adv. D.I. 2 [Adv. D.I. 20, filed 12/21/09]

M.      Amended Notice of Completion of Briefing Re: Adv. D.I. 2 [Adv. D.I. 23, filed 12/24/09]

N.      Letter to The Honorable Kevin J. Carey, dated January 12, 2010 Re: Anita B. Carr [Main Case No. 07-10416; D.I. 10003, filed 1/12/10]

O.      Order Granting Motion of Anita B. Carr to Consider Proof of Claim Timely Filed [D.I. 10017, Filed 1/20/10]

P.     Order Granting in part, Denying in part Motion To Allow [Adv. D.I. 34; Filed 4/6/10]

Status: The Court has ordered that all proceedings shall be suspended pending adjudication of the Motion of the New Century Liquidating Trust to Dismiss.

## IV.     UNCONTESTED MATTERS WITH A C.N.O.

17.     Motion of the New Century Liquidating Trust for an Order Pursuant to 11 U.S.C. § 554 Authorizing Abandonment of Assets [D.I. 10062; filed 4/1/10]

Objection deadline:  April 12, 2010

Objections/Responses Received:  None to date.

Related Documents:

i.     Certificate of No Objection Re: Dkt. No. 10062 [D.I. 10074; filed 4/15/10]

ii.     Proposed Order [D.I. 10062]

Status:  A Certificate of No Objection has been filed.

## V.     CONTESTED MATTERS

18.     Motion of the New Century Liquidating Trust to Establish a Reserve for Certain Disputed Claims [D.I. 10063; filed 4/2/10]

Objection deadline:  April 12, 2010

Objections/Responses Received:

A.     Objection to the Motion of the New Century Liquidating Trust to Establish a Reserve for Certain Disputed Claims [Filed by Cedric Muhammad] [D.I. 10068, filed 4/9/10]

B.     Objection to the Motion of the New Century Liquidating Trust to Establish a Reserve for Certain Disputed Claims [Filed by Alfonso J. Longo, Janet Longo] [D.I. 10072, filed 4/13/10]

C.     Request for Judicial Notice Re. Motion of New Century Liquidating Trust to Establish a Reserve for Certain Disputed Claims [Filed by Anita B. Carr] [Adv. Pro. No. 09-52251; D.I. 35; Filed 4/12/10]

D.     Objection to Form and Certain Language of Order Approving Motion of The New Century Liquidating Trust to Establish a Reserve for Certain Liabilities [Filed by Anita B. Carr] [Adv. Pro. No. 09-52251; D.I. 37; Filed 4/13/10]

130566.01600/40187749v.1

E.     Declaration of Leslie Marks re Motion of the New Century Liquidating Trust to Establish a Reserve for Certain Disputed Claims – and Request for Adequate Protection [Adv. Pro. No. 09-50244; D.I. 44; Filed 4/12/10]

Related Documents:

F.     Reply in Support of Motion of the New Century Liquidating Trust to Establish a Reserve for Certain Disputed Claims [D.I. 10073, filed 4/14/10].

Status:  The hearing on this matter will go forward.

## VI.     PRE-TRIAL CONFERENCE

19.     *Alan M. Jacobs, as Liquidating Trustee of The New Century Liquidating Trust v. American Express Travel Related Services Company, Inc.* [Adv. Pro. No. 10-50745]

Related Documents:

i.     Complaint [Adv. D.I. 1; filed 3/8/10]

ii.    Summons [Adv. D.I. 3; filed 3/8/10]

iii.   Answer to Complaint [Adv. D.I. 4; filed 4/7/10]

Status:  The pre-trial conference will go forward.

## VII.    STATUS CONFERENCES

20.     Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5260; filed 3/7/08]

Objection deadline:  April 2, 2008

Objections/Responses Received:

A.     Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Redwood Mortgage Funding, Inc.) [D.I. 5631; filed 4/2/08]

B.     Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by The Hartford and Hartford Fire Insurance Company) [D.I. 5634; filed 4/2/08]

C.     Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Natixis Real Estate Capital Inc.) [D.I. 5635; filed 4/2/08]

130566.01600/40187749v.1

D.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Sprint Communications Company L.P.) [D.I. 5735; filed 4/4/08]

E.    The Debtors received an informal response from Barclays Bank PLC.

F.    The Debtors received an informal response from Sutton Funding LLC.

G.    The Debtors received an informal response from The Travelers Indemnity Company and its Affiliates

H.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Pennsylvania Department of Revenue) [D.I. 5359; filed 3/13/08]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5523; filed 3/26/08]

ii.   Order Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 5821; filed 4/15/08]

iii.  Order (Revised) Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 6306; filed 4/18/08]

iv.   Declaration in Support of Allowance of Liquidated Amounts of Claim and in Further Response to the Debtors Sixteenth Omnibus Objection to the Claims of the Hartford Fire Insurance Company Pursuant to 11 U.S.C. §§ 502(B) and 503, Fed. R. Bankr. P. 3001 and 3007 and Local Rule 3007-1 Filed by Hartford Fire Insurance Company [D.I. 9715; filed 7/9/09]

v.    Order Approving Amended Stipulation Among Natixis Real Estate Capital, Inc., New Century Liquidating Trust and Reorganized New Century Warehouse Corporation Fixing and Allowing Certain Claims of Natixis Real Estate Capital, Inc. [D.I. 9945; filed 11/16/09]

130566.01600/40187749v.1

      vi.    Order Approving Stipulation By and Among The New Century Liquidating Trust, Union Bank of California, and The Travelers Indemnity Company and Its Affiliates [D.I. 10028; filed 2/1/10]

      Status: A status conference will go forward regarding the claim filed by Pennsylvania Department of Revenue. The objection as it relates to all other unresolved or unadjudicated claims is continued to May 19, 2010 at 1:00 p.m. *See* attached Exhibit 1.

21.    The New Century Liquidating Trust's (A) Motion Pursuant to 11 U.S.C. Sec. 505 for Determination of Pennsylvania Corporate Net Income Tax and Franchise Tax Liabilities and (B) Supplemental Substantive Objection to the Claim Filed by the Pennsylvania Department of Revenue [D.I. 9605; filed 4/27/09]

      Objection deadline: May 20, 2009

      Objections/Responses Received: None to date

      Related Documents: None to date

      Status: A status conference will go forward regarding the claim filed by Pennsylvania Department of Revenue.

Dated: April 15, 2010             **BLANK ROME LLP**

                         */s/ David W. Carickhoff*
                         Bonnie Glantz Fatell (DE No. 3809)
                         David W. Carickhoff (DE No. 3715)
                         Elizabeth A. Sloan (DE No. 5045)
                         1201 Market Street, Suite 800
                         Wilmington, Delaware  19801
                         (302) 425-6400 - Telephone
                         (302) 425-6464 - Facsimile

                               - and -

130566.01600/40187749v.1

HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
Attn:   Mark T. Power
        Mark S. Indelicato
        Edward L. Schnitzer
        Janine Cerbone
        Huria Patwardhan

*Co-Counsel to the New Century Liquidating
Trust and Reorganized New Century
Warehouse Corporation*

130566.01600/40187749v.1

# Exhibit 1

Claims Chart

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3444 | Residential Mortgage Solution LLC | The Debtors received an informal response. The parties have reached an agreement in principle and intend to document such settlement before the omnibus hearing scheduled for May 19, 2010. |

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain  Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 265 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| 3312 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| 719 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1607 | Law Offices of Timothy G. McFarlin (for Robert and Deborah Massie) | Response filed 3/18/08; D.I. 5392. A trial has been scheduled for June 2, 2010 at 1:30 p.m., to address the objection as it relates to this claim. |

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Claim Number | Claimant | Status |
|---|---|---|---|
| 3763 | 3479 | Pennsylvania Department of Revenue | Response received 3/13/08; D.I. 5523. This claim is subject to the Debtors' motion to determine tax liability (D.I. 9605). The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| | 3642 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| | 3643 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| | 3644 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on the objection as it relates to this |

| | | | |
|---|---|---|---|
| | | | claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| | 3645 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| | 3646 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| | 3647 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |

Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3759 | Pierre R. Augustin | Responses filed 1/2/08 and 1/9/08; D.I. Nos. 4313 and 4382. Discovery has concluded. An appeal of a discovery order is pending. As such, no final hearing date has been set. |
| 417 | Patrick J. Moloney | Response filed 4/24/08; D.I. 6425. . The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| 3129 | Washington Mutual Bank | The Debtors have received an informal response. The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |

Status of Proofs of Claim for Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3855 | Nevada Department of Taxation | Response filed 8/5/08; D.I. 8708.  The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| 3793 | State of New Jersey | Response filed 8/8/08; D.I. 8713.  The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |
| 1679 | Timothy G. McFarlin | Response filed 3/18/08; D.I. 5392.  A trial has been scheduled for June 2, 2010 at 1:30 p.m., to address the objection as it relates to this claim. |
| 3466 | State of New Jersey | Response filed 8/8/08; D.I. 8713.  The hearing on the objection as it relates to this claim is being continued to the omnibus hearing scheduled for May 19, 2010. |