# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEW CENTURY TRS HOLDINGS, INC., A Delaware Corporation, et al., Debtor, | CHAPTER 11 <br> CASE NO. 07-10416 KJC <br> Jointly Administered |
| ANITA B. CARR, <br><br> Plaintiff, <br><br> v. <br><br> NEW CENTURY TRS HOLDINGS, INC., and DOES 1-10, <br><br> Defendants | ADVERSARY CASE NO. 09-52251 KJC <br><br> REQUEST FOR DISMISSAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLAINTIFF, ANITA B. CARR, in Pro Per, hereby requests this matter be dismissed with prejudice and in accordance with the terms of the Settlement Agreement. Should any disputes or other discrepancies or any portion of the Settlement be deemed unenforceable, or unlawful, this Court retains jurisdiction to address those matters.

DATED: November 1, 2010

_____
Anita B. Carr, pro per

| | |
|---|---|
| 1 | **UNITED STATES BANKRUPTCY COURT** |
| 2 | |
| 3 | **DISTRICT OF DELAWARE** |

| | | |
|---|---|---|
| 4 | IN RE NEW CENTURY TRS HOLDINGS,) | **CHAPTER 11** |
| 5 | INC., A Delaware Corporation, et al., ) Debtor, ) | **CASE NO. 07-10416 KJC** |
| 6 | _____ ) ANITA B. CARR, ) | ) Jointly Administered |
| 7 | Plaintiff, ) | **ADVERSARY CASE NO. 09-52251 KJC** |
| 8 | ) v. ) | ) |
| 9 | ) NEW CENTURY TRS HOLDINGS, INC., ) | **PROOF OF SERVICE** |
| 10 | and DOES 1-10, ) | |
| 11 | Defendants ) | |

12  I, the undersigned, declare that I am employed in the County or New Castle,
13  State of Delaware. I am over the age of eighteen (18) years and not a party to the
14  within cause. My business address is Parcels Inc, 230 North Market Street, Wilmington,
15  DE 19899. On  11/2/  2010 I served the following Documents as follows:
16

17  [X] BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile
18  transmission from the facsimile number to the interested parties to said action at the
    following facsimile number(s):
19  **302-425-6464 (Blank Rome, LLP) and 212-478-7400 (Hahn & Hessen, LLP)**

20  1.  REQUEST FOR DISMISSAL

21  Elizabeth Sloan & David Carickhoff   Mark S. Indelicato
22  Blank Rome, LLP                      Hahn & Hessen, LLP
    1201 Market St. Ste. 800             488 Madison Ave.
23  Wilmington, DE 19801                 New York, NY 10022

    I declare under penalty of perjury that the foregoing is true and correct and executed on
24  this ___2___ day of November, 2010, at Wilmington Delaware.

25

26  _____

27  PRINT NAME Sean Boykevich

28

-1-
PROOF OF SERVICE