## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC,**: | | |
| *et al.* | : | Case No. 07-10416 (KJC) |
| Debtors | : | |

| | | |
|---|---|---|
| | : | |
| **ANITA B. CARR,** | : | Adv. Pro. No. 09-52551 (KJC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC,**: | | |
| *et al.* | : | Re: docket nos. 53 |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 21ˢᵗ day of December, 2010, it appearing that on December 13, 2010,

plaintiff Anita B. Carr filed a request for a stay of dismissal (D.I. 53), and

it further appearing that this adversary proceeding was closed on November 3, 2010,

it is hereby **ORDERED** that a hearing will be held on **Thursday, February 24, 2011 at 10 a.m.**

**(ET)** in Courtroom No. 5, United States Bankruptcy Court for the District of Delaware,

Wilmington, DE 19801, to consider (i) whether this adversary proceeding should be reopened,

and (ii) the request of Anita B. Carr for a Stay of Dismissal of this adversary proceeding, and

it is further ORDERED that, on or before **February 10, 2011,** the New Century

Liquidating Trust may file an answer, objection, or other response to the request for a stay of

dismissal of this adversary proceeding, and

on or before **February 17, 2011**, the parties should exchange copies of all exhibits they will use and a list of all witnesses they will present at the February 24, 2011 hearing.

Further, any party who intends to present evidence or make extensive legal argument must appear **in person** at the February 24, 2011 hearing, and

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc:     Mark S. Indelicato, Esquire[1]

---

[1]Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.