# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al*.,[1] | : Case No. 07-10416 (KJC) |
| Debtors. | : (Jointly Administered) |
| ---------------------------------------------------------x | : |
| ANITA B. CARR, | : Adv. Proc. No. 09-52251 (KJC) |
| Plaintiff, | : |
| vs. | : |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, | : |
| Defendant. | : |
| ---------------------------------------------------------x | : |

## NOTICE OF WITHDRAWAL OF SETTLEMENT AGREEMENT

The New Century Liquidating Trust hereby withdraws the *Settlement Agreement* filed at Docket No. 60 in the above-captioned adversary proceeding.

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Dated: February 18, 2011

**BLANK ROME LLP**

By: */s/ David W. Carickhoff*
David W. Carickhoff (#3715)
Alan M. Root (#5427)
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Janine M. Cerbone, Esq.
488 Madison Avenue
New York, New York 10022
(212) 478-7200

*Co-Counsel to the
New Century Liquidating Trust*

130566.01600/40193719v.1