## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**, | : | |
| *et al.* | : | Case No. 07-10416 (KJC) |
| Debtors | : | |
| | : | |
| **ANITA B. CARR,** | : | Adv. Pro. No. 09-52251 (KJC) |
| Plaintiff, | : | |
| | : | |
| 5. | : | |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC**, | : | |
| *et al.* | : | Re: docket nos. 53, 65 |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of May, 2011, upon consideration of (1) the Request for Stay of Dismissal and for Evidentiary Hearing (Adv. Docket No. 53) (the "Request to Stay Dismissal"), and (2) the Emergency Request for Order to Show Cause (Adv. Docket No. 65) (the "Request for a Show Cause Order"), and the responses thereto, and after a hearing on notice, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** and **DECREED** that:

(1) the motion to reopen the adversary proceeding is **GRANTED** for the sole purpose of considering the Request to Stay Dismissal and the Request for a Show Cause Order,

(2)  the Request to Stay Dismissal is hereby **DENIED**,

(3)  the Request for a Show Cause Order is hereby **DENIED**, and

(4)  the Clerk of the Bankruptcy Court is directed to close this adversary proceeding.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: David W. Carickhoff, Esquire [1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.