FILED

2012 JAN 17 AM 9:53

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEW CENTURY TRS HOLDINGS, INC., A Delaware Corporation, et al.,<br>Debtor, | CHAPTER 11<br>CASE NO. 07-10416 KJC<br>Jointly Administered |
| ANITA B. CARR,<br><br>Plaintiff,<br><br>v.<br><br>NEW CENTURY TRS HOLDINGS, INC., and DOES 1-10,<br><br>Defendants | ADVERSARY CASE NO. 09-52251 KJC<br><br>PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF ATTORNEY LETTER TO CALIFORNIA AG KAMALA HARRIS RE: STEVE NAGY, FORMER EMPLOYEE OF NEW CENTURY AND HOME123 CORPORATION |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLAINTIFF, ANITA B. CARR, in Pro Per, (hereinafter "Carr") hereby requests this Court take judicial notice of attached Exhibit 'A' letter to the State of California Attorney General Kamala Harris regarding the former employee Steve Nagy.

Carr submits this request pursuant to Federal 'Rule of Evidence 201, which authorized the judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questions, and which makes judicial notice of such matters mandatory if requested by a party and supplied with the necessary information. Fed. R. Evid. 201 (b)&(d). The Ninth Circuit has indicated that court files are among those matters of which a court must take judicial notice if supplied with the requisite information. *Mullis v. United States Bank. Ct.*, 828 F. 2d 1385, 1388, fn. 9(9th Cir. 1987)

Plaintiff Carr respectfully requests that the Court take judicial notice of this document and consider this document in connection with its ruling on the Denial of

Plaintiff's second motion for reconsideration and the Plaintiff's Request for Stay [DI 106].

DATED: January 12, 2012        Respectfully Submitted,

_____
Anita B. Carr, pro per

## VERIFICATION

I, ANITA B. CARR, am the plaintiff in the above entitled proceeding. I have drafted and read the Request for Judicial Notice above, in the above-entitled action and know the contents thereof. Attached is a true and correct copy of Exhibit 'A', the letter to California State Attorney General Kamala Harris. The same is true of my knowledge except to those matters which are therein stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on this 12th day of January, 2012 at Dublin, CA.

_____
Anita B. Carr

# EXHIBIT 'A'

## LETTER TO THE CALIFORNIA STATE ATTORNEY GENERAL KAMALA HARRIS

# James Law Firm
## Attorneys at Law

1109 Russell Pkwy, Suite #2
Warner Robins, GA 31088

JOHN K. JAMES
(Georgia & Florida)

phone: (478) 923-3898
fax: (478) 923-1609

AUDREY D. JAMES
(Georgia)

January 9, 2012

Ms. Kamala Harris
California State Attorney General
Attorney General's Office
Department of Justice
Attn: Public Inquiry Unit
PO Box 944255
Sacramento, CA 94244-2550

RE: New Century Mortgage Corporation – Steve Nagy

Dear Ms. Harris:

    I have been in a Bankruptcy Court dispute with US Bank on a loan originated by New Century Mortgage Corporation. The loan was packaged with other loans in a Securitized Trust to be serviced by US Bank. When loans are bundled in a Trust there are certain transfer procedures which must be followed, as enumerated in the Pooling and Servicing Agreement. I am sure you are very familiar with this scenario.

    The focus in my case is whether US Bank is the real party in interest to proceed with the suit, or adversary proceeding. Following the endorsement and assignment requirements in Section 2.01 of the PSA is of major importance. US Bank has provided documentation attempting to prove an unbroken chain of endorsements and assignments. One such document is an Endorsement in Blank on the particular promissory note thus creating a bearer instrument. The endorsement is a stamp with the name Steve Nagy.

    The problem is that there appear to be two original promissory notes, one with the stamp and one without the stamp. How can there be two original documents? The Court has asked for an explanation of the differences. If US Bank provides a date on which Mr. Nagy stamped the original note I am afraid it will be outside of the time in which he had the authority to endorse a note. There have already been two fraudulent documents filed in my case.

    I understand you are investigating New Century, its officers, and Steve Nagy in particular. I would like to add my voice to those supporting your investigations.

Sincerely,

John K. James,
Attorney at Law

JKJ/bbj