# EXHIBIT 'A'
# CORPORATION ASSIGNMENT OF DEED OF TRUST RELATED TO PLAINTIFF CARR PROPERTY AND EXECUTED BY A VP AT HOME123 CORPORATION AFTER DECLARATION OF BANKRUPTCY

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

Recording Requested By:
Home123 Corporation
3351 Michelson Drive, Ste 400
Irvine, CA 92612

Return To:

Home123 Corporation
3351 Michelson Drive, Ste 400,
Irvine, CA 92612

1103331  3299344

2007224804   06/15/2007 08:30 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:   13.00

2 PGS

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Corporation Assignment of Deed of Trust

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to
**U.S. Bank N.A.**

all beneficial interest under that certain Deed of Trust dated   January 25, 2006
executed by **Anita H. Carr, An Unmarried Woman**
, Trustor,
to Land America Common Wealth , Trustee,
and recorded as Instrument No. 2006032101 on 1/31/2006 in book
page    , of Official Records in the County Recorder's office of Alameda  County,
California, describing land therein as: See Legal Description Attached Hereto and Made a Part
Hereof  as exhibit A

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

A.P.N. 941-2757-064
Dated May 22, 2007
Effective 4-12-07
State of California                ) ss.
County of Orange                   )
On May 22, 2007              before me, Andres Rojas
personally appeared Stephen L. Nagy / V.P.\Records Management

Home123 Corporation

Stephen L. Nagy / V.P.\Records

, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

_____ (Seal)
Andres Rojas
Title Order No. 1060500000    Escrow No. 16050000

FOR NOTARY SEAL OR STAMP
ANDRES ROJAS
Commission # 1523525
Notary Public - California
Orange County
My Comm. Expires Oct 31, 2008

1005955451

VMP-901(CA) (0408)    8/04
VMP Mortgage Solutions, Inc. (800)521-7291

File No: 16050000

# Exhibit "A"

All that certain real property situate in the County of Alameda, State of California, described as follows:

(City of Dublin)

Lot 7, Block C, Tract 4668, filed April 23, 1981, in Book 126 of Maps, page 88, Alameda County Records.

Assessor's Parcel Number     941-2757-064

This is to certify that this is a
true copy of the document
on file in this office

ATTEST: SEP 2 1 2009

*[signature]*
COUNTY RECORDER
ALAMEDA COUNTY, CALIFORNIA